UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 25-6873-JFW**                                   Date:  July 29, 2025

Title:   Neda Mehrabani -v- Long Beach RRM

**PRESENT:**

   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   **Shannon Reilly**                                **None Present**
   **Courtroom Deputy**                              **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                             None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE WHY WRIT OF HABEAS CORPUS SHOULD NOT BE GRANTED

   On July 24, 2025, Petitioner Neda Mehrabani ("Petitioner") filed an Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Request for Expedited Relief ("Petition"). The Court orders Respondent Warden, Long Beach RRM ("Respondent") to show cause, in writing, by **August 11, 2025** why the Petition should not be granted.  Pursuant to 28 U.S.C. § 2243 and Rules 1(b) and 4 of the Rules Governing Section 2254 Petitions, the Court orders the Clerk to serve a copy of the Petition and this Order on the Warden of the Long Beach RRM and the United States.  Specifically, the Clerk shall send via registered or certified mail a copy of the Petition and this Order to:

   (1)   Warden, Long Beach RRM
         1299 Seaside Avenue
         San Pedro, CA 90731

   (2)   Civil Process Clerk
         United States Attorney's Office
         Central District of California
         300 N. Los Angeles St. Suite 7516
         Los Angeles, CA 90012

   (3)   Attorney General of the United States,
         U.S. Department of Justice
         950 West Pennsylvania Avenue, NW,
         Washington, DC 20530-0001.

      The Clerk shall also email a copy of the Petition and this Order to CLB-CCM-S@bop.gov and matthew.belz@usdoj.gov.

      Petitioner may file a Reply on or before **August 25, 2025**.  The Court will set a hearing, if necessary, at that time.

      IT IS SO ORDERED.